## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## TOPEKA DIVISION

JOHN ANTHONY CASTRO      )
12 Park Place, Mansfield, TX 76063   )
       )
   Plaintiff,      )
       )
*v.*      )
       )
SECRETARY OF STATE SCOTT SCHWAB,  )
120 SW 10th Avenue, Memorial Hall, 1st Floor, )   Case No. 6:23-cv-01184-JAR-BGS
Topeka, KS 66612-1594   )
       )
DONALD JOHN TRUMP     )
1100 S. Ocean Blvd, Palm Beach, FL 33480 )
       )
   Defendants.     )
       )

## MOTION FOR CLARIFICATION

On September 7, 2023, this Honorable Court sent Plaintiff a "Notice of Deficiency" claiming that the designation of place of trial is missing despite the caption of the case at the top making a clear reference to Topeka. The Court also failed to cite the rule that requires this. The Court has not set a trial date. The notice is extremely ambiguous.

Plaintiff asks this Court to clarify its notice of deficiency.

Respectfully submitted,

Dated: September 14, 2023.    By:   */s/ John Anthony Castro*

John Anthony Castro
12 Park Place
Mansfield, TX 76063
Tel. (202) 594 – 4344
J.Castro@CastroAndCo.com

Plaintiff *Pro Se*

**CERTIFICATE OF SERVICE**

On September 14, 2023, I filed the foregoing document via the CM/ECF system.  It is further certified that all other parties are CM/ECF users and that service of this motion will be made upon them via CM/ECF.  If they are not, I will serve them via U.S. postal mail.

*/s/ John Anthony Castro*
John Anthony Castro