# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# TOPEKA DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO<br>12 Park Place, Mansfield, TX 76063<br><br>    Plaintiff,<br><br>v.<br><br>SECRETARY OF STATE SCOTT SCHWAB,<br>120 SW 10th Avenue, Memorial Hall, 1st Floor,<br>Topeka, KS 66612-1594<br><br>DONALD JOHN TRUMP<br>1100 S. Ocean Blvd, Palm Beach, FL 33480<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:23-cv-1184 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff files this notice of dismissal before either opposing party has either served an answer or motioned for summary judgement.

Respectfully submitted,

Dated: December 7, 2023.          By:     */s/ John Anthony Castro*

John Anthony Castro
12 Park Place
Mansfield, TX  76063
Tel. (202) 594 – 4344
J.Castro@CastroAndCo.com

Plaintiff *Pro Se*

**CERTIFICATE OF SERVICE**

On December 7, 2023, I submitted the foregoing document with the Clerk of this Court. It is further certified that all other parties are CM/ECF users and that service of this motion will be made upon them via CM/ECF.  If not, they will be served via U.S. postal mail.

*/s/ John Anthony Castro*
John Anthony Castro